# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4274

_____

| | | |
|---|---|---|
| Russell M. Boles, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| EMSA Correctional Care, Inc., and | * | District of Minnesota. |
| their employees at PCF; Best Foods, | * | |
| Inc., and their employees at PCF; | * | |
| Certain employees of Corrections | * | [UNPUBLISHED] |
| Corporation of America; Ms. Sayre; | * | |
| Ms. K. Benson; Dr. David Cruz; Jane | * | |
| Doe; Wade Miller; Ms. Mary Oyen; | * | |
| Doe Food Services Staff; S. Meyer; | * | |
| Ms. L. Judovsky; Mr. Bridges; | * | |
| Mr. (Sergeant) Ward; Mr. (Sergeant) | * | |
| Banken; Mr. (Chaplin) Warner, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  October 6, 2000
Filed:   October 17, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Russell Boles appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint for failure to exhaust his administrative remedies, as mandated by 42 U.S.C. § 1997e(a) of the Prisoner Litigation Reform Act of 1995.  After carefully reviewing the record and the parties' briefs, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Jonathan Lebedoff, United States Magistrate Judge for the District of Minnesota.